2203 Belmont Realty Corp. Petitioner-Landlord-Appellant, 
against
Christopher Gant, Respondent-Tenant-Respondent.



Landlord appeals from an order of the Civil Court of the City of New York, Bronx County (Enedina Pilar Sanchez, J.), entered June 5, 2015, which conditionally granted tenant's motion to be restored to possession upon payment to landlord of $9,300.56 by a specified date.




Per Curiam.
Order (Enedina Pilar Sanchez, J.), entered June 5, 2015, affirmed, without costs.
Under the particular facts and circumstances of record in this nonpayment proceeding, we find no abuse of discretion in the grant of post-eviction relief to tenant upon his payment in 14 days' time of the full rent arrears, eviction costs, and attorneys' fees then due landlord, a condition which tenant timely satisfied (see Matter of Lafayette Boynton Hsg. Corp. v Pickett, 135 AD3d 518 [2016]; 102-116 Eighth Ave. Assoc. v Oyola, 299 AD2d 296 [2002]; Parkchester Apts. Co. v Scott, 271 AD2d 273 [2000]; see also Harvey 1390 LLC v Bodenheim, 96 AD3d 664 [2012]). "Good cause" (RPAPL § 749[3]) sufficient to warrant the conditional stay of reletting issued below (and ultimately tenant's restoral to possession) was provided by several factors, most notably, tenant's previous tender of a portion of the arrears and his resumption of employment after having been laid off.
We have considered landlord's remaining arguments and find them to be without merit.
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur I concur
Decision Date: April 20, 2016